## 54459. SOUTH CAROLINA INSURANCE COMPANY et al. v. CRUMP.

QUILLIAN, Presiding Judge.

This is an appeal from an order of the superior court which reversed an award of the State Board of Workmen's Compensation. *Held:*

While the evidence would have supported an award for either party, it did not demand an award as a matter of law for the claimant. Therefore, the reversing of the award of the State Board of Workmen's Compensation was error.

*Judgment reversed. Shulman and Banke, JJ., concur.*

ARGUED SEPTEMBER 15, 1977 — DECIDED SEPTEMBER 29, 1977.

*Savell, Williams, Cox & Angel, Lawson A. Cox, II,* for appellants.

*Sutton & English, Frank Sutton,* for appellee.